**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| MIRIAM EDWARDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, STUART SPENCE,<br><br>Defendants | **Case No. 4:18-cv-4330**<br>**(Consolidated)**<br><br>**CLASS ACTION**<br><br>**Hon. George C. Hanks, Jr.**<br>**MSJ Hon. Andrew M. Edison** |
| KINGSTOWN CAPITAL MANAGEMENT, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID DICKSON, STUART SPENCE, and MCDERMOTT INTERNATIONAL, INC.,<br><br>Defendants, | **Case No. 4:20-cv-2880**<br><br>**Hon. George C. Hanks, Jr.**<br>**MSJ Hon. Andrew M. Edison** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.2, Joshua L. Hedrick, Kevin G. Corcoran, and Spencer Fane LLP (collectively "Withdrawing Counsel"), respectfully file this Unopposed Motion to Withdraw as Counsel of Record ("Motion to Withdraw") and move to withdraw as

attorneys of record in all capacities in which they have appeared in this action. The undersigned counsel would respectfully show as follows:

1. This case was initiated in the Southern District of Texas on August 17, 2020. Doc No. 1.

2. Withdrawing Counsel entered an appearance on August 17, 2020 on behalf of Plaintiffs Kingstown Partners Master Ltd., Kingstown Partners II, LP, KTown, LP, Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, LP, and Kingstown Capital Partners, LLC (collectively, "Kingstown"). Doc. No. 1.

3. Kingstown retained Richard A. Bodnar, Frank T.M. Catalina, and Joseph R. Sparacio of Rolnick Kramer Sadighi LLP as new counsel.

4. On August 22, 2025, Richard A. Bodnar, Frank T.M. Catalina, Joseph R. Sparacio, and Rolnick Kramer Sadighi LLP filed their appearance of counsel for Kingstown. Doc Nos. 81–83.

5. Richard A. Bodnar is licensed in Texas and will be lead counsel for Kingstown.

6. Counsel for Defendants have indicated that they do not oppose the relief requested in this motion.

7. This motion is not brought for purposes of delay, but so that justice may be done.

For the reasons set forth above, Withdrawing Counsel respectfully requests that the Court grant this motion and enter an appropriate order granting withdraw.

Dated: August 26, 2025

Respectfully submitted,

*/s/Joshua L. Hedrick*
**Joshua L. Hedrick**
Texas State Bar No. 24061123
Southern District No. 2907845
**SPENCER FANE LLP**
2200 Ross Ave., Suite 4800 West
Dallas, Texas 75201
Phone: (214) 750-3510
Fax: (214) 750-3612
jhedrick@spencerfane.com

**Kevin G. Corcoran**
Texas State Bar No. 04819250
Texas Bar No. 14037
**SPENCER FANE LLP**
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Phone: (713) 212-2715
Fax: (713) 963-0859
kcorcoran@spencerfane.com

**ATTORNEYS FOR KINGSTOWN PARTNERS MASTER, LTD., KINGSTOWN PARTNERS II, LP, KTOWN LP, KINGFISHERS, LP, KINGSTOWN 1740 FUND, LP, KINGSTOWN CAPITAL MANAGEMENT, LP, AND KINGSTOWN CAPITAL PARTNERS, LLC**

## CERTIFICATE OF CONFERENCE

On August 25, 2025, the undersigned counsel conferred with counsel for Defendants. Counsel for Defendants indicated that they do not oppose this motion.

*/s/Joshua L. Hedrick*
Joshua L. Hedrick

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Motion to Withdraw was served electronically on those parties requesting electronic service through the Court's ECF system on August 26, 2025.

*/s/Joshua L. Hedrick*
Joshua L. Hedrick