United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

MIRIAM EDWARDS, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

MCDERMOTT INTERNATIONAL, INC., DAVID DICKSON, STUART SPENCE,

Defendants

**Case No. 4:18-cv-4330**
**(Consolidated)**

**CLASS ACTION**

**Hon. George C. Hanks, Jr.**
**MSJ Hon. Andrew M. Edison**

KINGSTOWN CAPITAL MANAGEMENT, L.P., et al.,

Plaintiffs,

v.

DAVID DICKSON, STUART SPENCE, and MCDERMOTT INTERNATIONAL, INC.,

Defendants,

**Case No. 4:20-cv-2880**

**Hon. George C. Hanks, Jr.**
**MSJ Hon. Andrew M. Edison**

**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

On this day, the Court considered the Unopposed Motion to Withdraw as Counsel of Record for Kingstown Partners Master Ltd., Kingstown Partners II, LP, KTown, LP, Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, LP, and

Kingstown Capital Partners, LLC (the "Motion"), Doc No. 84, and any responses or replies thereto. The Court is of the opinion that the Motion should be, and hereby is GRANTED.

It is therefore ORDERED that Joshua L. Hedrick, Kevin G. Corcoran, and Spencer Fane LLP are withdrawn as attorneys of record for Kingstown Partners Master Ltd., Kingstown Partners II, LP, KTown, LP, Kingfishers, LP, Kingstown 1740 Fund LP, Kingstown Capital Management, LP, and Kingstown Capital Partners, LLC.

Dated: 8/26/25

JUDGE PRESIDING
UNITED STATES DISTRICT COURT